## A. M. HEWETT
### v.
## JOHN W. GRISWOLD.

| 46 | 269 |
| 58 | 338 |
| 46 | 269 |
| 114 | 552 |

*Practice—Evidence—Objection to.*

An appellant can not be permitted to raise for the first time on a petition for a rehearing in this court the objection to certain evidence, that better evidence of the facts testified to was in existence and should have been produced.

[Upon petition for rehearing.   Opinion filed July 5, 1892.]

APPEAL from the Circuit Court of Montgomery County; the Hon. JACOB FOUKE, Judge, presiding.

Messrs. J. M. TRUITT and J. C. McBRIDE, for appellant.

Messrs. A. MILLER and LANE & COOPER, for appellee.

MR. JUSTICE BOGGS.   The judgment rendered by the Circuit Court is in effect that the property in question is subject to the lien of the execution and does not purport to invest appellee with any other interest or right in it.

The appellee was allowed to testify without objection that he was sheriff of the county and held the execution in

that capacity as alleged in the plea. Appellant can not be permitted to raise for the first time in this court the objection that better evidence of such facts existed and should have been produced.

A rehearing of the case is therefore denied.

*Rehearing denied.*